Order entered December 5, 2012 .

005192



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

No. 05-11-00260-CR

_____

**ERIC LEWIS HAYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-51211-W**

---

## ORDER

Appellant Eric Lewis Hayes has pointed out that the trial court in this case ruled on the voluntariness of a statement he made to the police and that the trial court did not make an order with findings of fact and conclusions of law as required by article 38.22, section 6, of the Texas Code of Criminal Procedure.

Accordingly, we **ORDER** the trial court to prepare a written order with findings of fact and conclusions of law in accordance with Texas Code of Criminal Procedure article 38.22, section 6. We further **ORDER** the trial court to transmit a supplemental record containing the order with findings of fact and conclusions of law to this Court by January 4, 2013.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated without further order of this Court on January 4, 2013, or when the

1

005193

supplemental record containing the order with findings of fact and conclusions of law is received, whichever is earlier.

MICHAEL J. O'NEILL
PRESIDING JUSTICE